UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT S. PEGRAM,<br><br>    Plaintiff,<br><br>    v.<br><br>KING COUNTY, *et al*.,<br><br>    Defendants. | CASE NO. C07-714-BHS-JPD<br><br>REPORT AND RECOMMENDATION |

This is a civil rights action brought under 42 U.S.C. § 1983. On June 24, 2008, the parties submitted to the Court a stipulation and proposed order of dismissal without prejudice. (Dkt. No. 34.) It appears that plaintiff was at that time incarcerated at the Stafford Creek Corrections Center in Aberdeen, Washington. (*See id*., Attachment 1.) On July 16, 2008, a minute order was issued at the direction of the Honorable Benjamin H. Settle, United States District Judge, advising the parties that the Court would not sign the proposed order of dismissal. (Dkt. No. 35.) A copy of that minute order was mailed to plaintiff at the Stafford Creek Corrections Center. On July 23, 2008, the copy of the minute order which was mailed to plaintiff was returned by the post office with a notation indicating that plaintiff had been released from Stafford Creek Corrections Center. (Dkt. No. 36.) To date, plaintiff has not provided the court with a new address.

REPORT AND RECOMMENDATION
PAGE - 1

Pursuant to Local Rule 41(b)(2), if a *pro se* litigant fails to notify the Court and opposing parties of his current address within sixty days after mail directed to the litigant is returned by the post office, the Court may dismiss the action without prejudice for failure to prosecute. Because over sixty days have passed since mail directed to plaintiff at his address of record was returned by the post office, and because plaintiff has not notified the Court of his current address, this Court recommends that this action be dismissed without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

DATED this 25th day of September, 2008.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2