UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT S. PEGRAM,

    Plaintiff,

    v.

KING COUNTY, et al.,

    Defendants.

Case No. C07-714BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. 37). The Court having considered the Report and Recommendation, does hereby find and order:

(1) The Court attempted service of the Report and Recommendation on Plaintiff, but the mail was returned as undeliverable on September 30, 2008 (Dkt. 38). Plaintiff has not filed objections to the Report and Recommendation;

(2) The Court adopts the Report and Recommendation; and

(3) This action is DISMISSED without prejudice for failure to prosecute pursuant to Local Rule 41(b)(2).

DATED this 24th day of October, 2008.

                                          BENJAMIN H. SETTLE
                                          United States District Judge

ORDER