# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT S. PEGRAM

JUDGMENT IN A CIVIL CASE

v.

KING COUNTY, et al.,

CASE NUMBER: C07-714BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court attempted service of the Report and Recommendation on Plaintiff, but the mail was returned as undeliverable on September 30, 2008 (Dkt. 38). Plaintiff has not filed objections to the Report and Recommendation.

The Court adopts the Report and Recommendation; and

This action is DISMISSED without prejudice for failure to prosecute pursuant to Local Rule 41(b)(2).

| | |
|---|---|
| October 27, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |